

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00319-CV

---

ANDREA K. RANDLE, APPELLANT

V.

AT OWNER 18, L.P., APPELLEE

---

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2022-02311-JP, Honorable Robert Ramirez, Presiding

---

March 7, 2023

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Andrea K. Randle, proceeding pro se, appeals from the trial court's *Final Judgment*.[1]  Because we are unable to determine whether Randle has requested preparation of the reporter's record or sought to proceed without payment of costs, we remand the cause for further proceedings.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

The appellate record was originally due December 2, 2022. The clerk's record was filed by this deadline. However, the reporter's record was not filed because Randle failed to request and make payment arrangements for the record. By letter of December 16, 2022, we directed Randle to do so by December 30. We admonished her that failure to request and pay for the reporter's record by this deadline would result in her brief being set with only those issues raised that do not require a reporter's record being considered and decided. *See* TEX. R. APP. P. 37.3(c). The reporter subsequently notified this Court that no such arrangements were made. Accordingly, by letter of January 9, 2023, we set Randle's brief due February 8 without the benefit of the reporter's record for a decision. No brief was filed. On February 13, 2023, Randle filed a letter with this Court stating that she has attempted to contact the reporter to request the record and to notify the reporter that she has filed a statement of her inability to pay costs, but has not received any response from the reporter. The reporter has informed this Court that she has not received any communication from Randle.

Accordingly, we abate the appeal and remand this cause to the trial court to hold a hearing, by whatever means necessary, and determine whether Randle (1) requests preparation of the reporter's record, and (2) if so, if she is entitled to proceed without payment of costs. The trial court shall enter its findings in a written order and include the order in a supplemental clerk's record which it must cause to be filed with this Court by April 6, 2023.

Randle's present briefing deadline is suspended until further order of this Court.

Per Curiam

2